# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

BILLY M. SMITH,

       Plaintiff,  :  Case No. 3:10-cv-448

                               District Judge Thomas M. Rose

-vs-                         Magistrate Judge Michael R. Merz

                             :

MONTGOMERY COUNTY
SHERIFF'S OFFICE, et al.,

       Defendants.

## ORDER ADOPTING SUPPLEMENTAL REPORT AND RECOMMENDATIONS

The Court has reviewed the Supplemental Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #56), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections unde Fed. R. Civ. P. 72(b) has expired, and for good cause shown upon the Court's de novo review, hereby ADOPTS said Report and Recommendations.

Accordingly, it is ORDERED that Plaintiff's claims against Montgomery County, Ohio are DISMISSED with prejudice as barred by the statute of limitations.

August 23, 2011.

                                                   Thomas M. Rose
                                                   United States District Judge