# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

BILLY M. SMITH,

                                  :

          Plaintiff,                          Case No. 3:10-cv-448

                                   District Judge Thomas M. Rose

     -vs-                    :          Magistrate Judge Michael R. Merz

MONTGOMERY COUNTY SHERIFF'S
OFFICE, et al.,

                                    :

          Defendants.

---

## ORDER TO PRO SE PLAINTIFF UPON FILING OF A MOTION FOR SUMMARY JUDGMENT

       You are hereby notified that Defendant Douglas Kowalski and Defendants Steven Gardiner, Paul Henson, Mike Hild and Montgomery County Sheriff's Office filed with the Court on June 1, 2012, a motion for summary judgment in this case [Docs # 101 and 102]. You should receive a copy of each motion directly from Defendant Douglas Kowalski and Defendants Steven Gardiner, Paul Henson, Mike Hild and Montgomery County Sheriff's Office.

       Under the rules of this Court (S.D. Ohio L.R. 7.2) you are allowed twenty-one days from the date of service (June 1, 2012) within which to file a response to each motion, plus an extra three days because of the way the motions were sent to you.   Your response to each motion must be filed with the Court not later than June 25, 2012.

June 4, 2012.

                                   *s/ Michael R. Merz*
                               United States Magistrate Judge