# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

BILLY M. SMITH,                                :

       Plaintiff,                             Case No. 3:10-cv-448

                                      District Judge Thomas M. Rose
   -vs-                                                                  Magistrate Judge Michael R. Merz
                                   :

MONTGOMERY COUNTY
  SHERIFF'S OFFICE, et al.,

       Defendants.

## DECISION AND ORDER ON RECONSIDERATION

       This case is before the Court on Plaintiff's Motion in Opposition to the Court's Decision and Order (Doc. No. 119).

       Having reconsidered the prior Order in light of the Motion, the prior Order (Doc. No. 115) is VACATED and Plaintiff is granted leave to file partial summary judgment motions against Defendant Gardiner and Hild.  The filing shall be accomplished by the Clerk's detaching the two motions from Doc. Nos. 113 and 114, respectively, and filing the Motions.  Those two Defendants shall have until August 6, 2012, to file responsive memoranda.

July 12, 2012.

                                                        s/ *Michael R. Merz*
                                                     United States Magistrate Judge