# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

BILLY M. SMITH,                                                    :

          Plaintiff,                               Case No. 3:10-cv-448

   -vs-                                                    District Judge Thomas M. Rose
                                                                Magistrate Judge Michael R. Merz

MONTGOMERY COUNTY
SHERIFF'S OFFICE, *et al.*,

          Defendants.                              :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. No. 138), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto, despite a thirty-five day extension of time to do so, and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on December 1, 2012, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that Defendant Douglas Kowalski's Motion for Summary Judgment, (Doc. 100), be granted; Defendants Montgomery County Sheriff's Office, Michael L. Hild, Jr.'s, Paul Henson's, and Steven Gardiner's Motion for Summary Judgment, (Doc. 101), be granted; Plaintiff's Motions for Partial Summary Judgment Against Defendants Henson, (Doc. 110), Kowalski, (Doc. 111), Montgomery County Sheriff's Office, (Doc. 112), Gardiner, (Doc. 121), and Hild, (Doc. 122), be denied.

The Clerk shall enter judgment dismissing the Complaint with prejudice.

December 10, 2012                              *Thomas M. Rose*

                                               _____
                                               JUDGE THOMAS M. ROSE
                                               United States District Court