IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

BILLY M. SMITH,

    Plaintiff,

-vs-

MONTGOMERY COUNTY
SHERIFF'S OFFICE, et al.,

    Defendants.

:

:

:

Case No. 3:10-cv-448

District Judge Thomas M. Rose
Magistrate Judge Michael R. Merz

## RECOMMITTAL ORDER

This case is before the Court on Petitioner's Objections (Doc. No. 158) to the Magistrate Judge's Report and Recommendations (Doc. No. 157).

The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report analyzing the Objections and Response and making recommendations based on that analysis.

June 6, 2013.

_____
Thomas M. Rose
United States District Judge